MICHAEL J. MCVERRY, ADMINISTRATOR (ESTATE OF MARCOS MARTINEZ) *v.* DAVID CHARASH

The plaintiff's petition for certification for appeal from the Appellate Court, 96 Conn. App. 589 (AC 26124), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*William F. Gallagher*, in support of the petition.

*Kimberly A. Knox* and *Kenneth J. Bartschi*, in opposition.

Decided October 31, 2006

STATE OF CONNECTICUT *v.* DAMEISHA MOORE*

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 97 Conn. App. 243 (AC 25696), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that there was insufficient evidence to support the defendant's conviction of failure to appear in the second degree?"

The Supreme Court docket number is SC 17751.

*Proloy K. Das*, assistant state's attorney, in support of the petition.

*Todd A. Bussert*, special public defender, in opposition.

Decided October 31, 2006